UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 17-1747-DMG (KSx)** | Date | April 26, 2017 |
| Title | *Rexina Mize et al v. Mentor Worldwide, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT [18] AND VACATING PLAINTIFFS' MOTION TO REMAND [17]**

Plaintiffs have timely filed a First Amended Complaint pursuant to Rule 15(a)(1)(B). [Doc. # 23.] Defendants' Motion to Dismiss [Doc. # 18] is DENIED without prejudice as moot. The May 19, 2017 hearing is VACATED. Defendants shall file their response within 21 days from the filing of the First Amended Complaint.

Further, pursuant to the Plaintiffs' notice of withdrawing motion to remand ("Motion") [Doc. # 22], the Motion [Doc. # 17] is withdrawn, and the May 19, 2017 hearing is VACATED.

IT IS SO ORDERED.