| Case No. | **CV 17-1747 DMG (KSx)** | Date | August 18, 2017 |
|---|---|---|---|

| Title | *Rexina Mize, et al. v. Mentor Worldwide LLC, et al.* |
|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER REMANDING ACTION TO STATE COURT**

On August 17, 2017, Plaintiffs filed a second amended complaint. [Doc. 51.] Pursuant to the August 17, 2017 Court Order [Doc. # 50], the action is hereby REMANDED this action to the Los Angeles County Superior Court.

IT IS SO ORDERED.